**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  APPOINTMENT TO THE      :  No. 745
COMMITTEE ON RULES OF EVIDENCE  :

                                      :  SUPREME COURT RULES DOCKET

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2017, Sara E. Jacobson, Esquire, Philadelphia, is hereby appointed as a member of the Committee on Rules of Evidence for a term of three years, commencing October 1, 2017.